UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA JENKINS, ET AL.,<br><br>              Plaintiffs,<br>    v.<br><br>APPLE, INC.,<br><br>              Defendant. | Case No.: 11-CV-001828-LHK<br><br>ORDER DENYING REQUEST TO CONSOLIDATE WITHOUT PREJUDICE; SETTING BRIEFING SCHEDULE ON MOTION TO REMAND |

On May 12, 2011, counsel for Plaintiffs filed an Objection to Apple's Proposed Order Consolidating this action (the "Jenkins Action") with the *In Re iPhone Application Litigation* Action, Case Number 10-CV-05878-LHK. *See* Dkt. #14. On May 16, 2011, Apple submitted a Response to Plaintiffs, noting that under the March 15, 2011 Order Consolidating Cases in the *In Re iPhone Application Litigation* (the "Consolidation Order"), Plaintiffs did not file their objection within the ten-day limit set out in the Consolidation Order. *See* Dkt. #16.

Although Apple is correct that Plaintiffs' objection was not timely filed in accordance with the Consolidation Order, the Court agrees with Plaintiffs that consolidation of the Jenkins Action is premature given Plaintiffs' recently filed motion to remand for lack of subject matter jurisdiction. *See* Dkt. #17. If the Court determines it does have subject matter jurisdiction over the Jenkins Action, it will consolidate it with the *In Re iPhone Application Litigation*. If, on the other hand, the Court determines that it does not have subject matter jurisdiction, the Court will remand the action to Santa Clara County Superior Court.

1

Plaintiffs' motion to remand is noticed for a hearing on July 21, 2011.  The Court finds this motion appropriate for expedited briefing.  Accordingly, Apple's Opposition is due by June 17, 2011, and Plaintiffs' Reply is due by June 29, 2011.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
LUCY H. KOH
United States District Judge